So Ordered.

Dated: November 3, 2020



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Joseph A. Caravella, II, and
Patricia E. Shay Caravella,

Debtors.

Case No.: 18-24837-kmp

Chapter 13

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CONDITIONS**

This matter was heard on October 27, 2020, pursuant to the motion for relief from the automatic stay filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 559 N. 67th Street, Wauwatosa, Wisconsin, with the following appearances:

- Movant appeared by counsel, Eric Feldman & Associates, P.C., by Bryan M. Ward,
- Debtors appeared through Attorney John D. Dries,
- Debtor Patricia E. Shay Caravella also appeared, and
- Sandra Baner appeared on behalf of the Chapter 13 Trustee.

Upon consideration of the documents filed by the parties, the statements of counsel at the hearing, and the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms and conditions:

1. Movant may file a supplemental claim for Movant's attorney fees incurred to file to the renewed motion, in the amount of $1,050.00, as agreed to by counsel for the debtor and movant at the October 27, 2020 hearing.

2. Commencing with the November 1, 2020 payment, and continuing through and including the April 1, 2021 payment, debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

3. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

4. Thereafter, the debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless debtor files an objection requesting a hearing within 14 days of the motion renewal.

5. Any future grant of relief from stay shall also include an order for abandonment.

6. Pending further notice, the amount of the monthly mortgage payment is $2,096.13, and payments shall be made to the movant c/o SN Servicing Corp., 323 Fifth Street, Eureka, CA 95501.

#####